HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
JOSE BEJINES-BALTAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:15-CR-0107 TLN |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JOSE BEJINES-BALTAZAR, | ) |
| Defendant. | ) Date:  July 9, 2015<br>) Time:  9:30 a.m.<br>) Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Jose Bejines-Baltazar, and plaintiff, United States of America, that the status conference scheduled for July 9, 2015, may be rescheduled for August 13, 2015, at 9:30 a.m. and time under the Speedy Trial Act excluded as set forth below.  The parties ask that the case be calendared for plea and sentencing on that date.

The parties have reached a plea agreement in this case but the defense awaits records that may require a change to the pre-plea presentence report.  Because the parties will ask that plea and sentencing occur on the same day, the defense wishes to assure that the report is correct prior to the change of plea, and ask that the status conference be continued so that this may be done. The parties further agree that the interests of justice to be served by a continuance outweigh the best interests of the public and Mr. Bejines-Baltazar in a speedy trial.  They ask the Court to

1 | exclude time under the Speedy Trial Act from the date of this order through August 13, 2015,

2 | pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

3 |                                         Respectfully Submitted,

4 |                                         HEATHER E. WILLIAMS
   |                                         Federal Defender
5

6 | Dated:  July 2, 2015                    /s/ T. Zindel_____
   |                                         TIMOTHY ZINDEL
7 |                                         Assistant Federal Defender
   |                                         Attorney for JOSE BEJINES-BALTAZAR
8

9 |                                         BENJAMIN WAGNER
   |                                         United States Attorney
10

11 | Dated:  July 2, 2015                   /s/  T. Zindel for K. Lydon_____
   |                                         KATE LYDON
12 |                                         Assistant U.S. Attorney

13

14 |                                  **O R D E R**

15 |         The status conference is continued to August 13, 2015, at 9:30 a.m., for change of plea.

16 | The court finds that a continuance is necessary for the reasons stated above and that the ends of

17 | justice served by granting a continuance outweigh the best interests of the public and the

18 | defendant in a speedy trial.  Time is therefore excluded from the date of this order through

19 | August 13, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

20 |         IT IS SO ORDERED.

21 | Dated: July 6, 2015

22

23 |                                         _____
   |                                         Troy L. Nunley
24 |                                         United States District Judge

25

26

27

28